**Order entered January 11, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01262-CV

### IN THE INTEREST OF M.A.C., JR., A CHILD

**On Appeal from the 304th Judicial District Court
Dallas County, Texas
Trial Court Cause No. JC-21-00276-W**

### ORDER

Before the Court is appellant's January 9, 2023 motion for an extension of time to file her opening brief. We **GRANT** the motion and extend the time to **January 30, 2023**. We caution appellant that further extension requests in this accelerated appeal involving the termination of appellant's parental rights will be disfavored.

/s/   CRAIG SMITH
       JUSTICE